IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA              NO.  CIV.S-03-1658 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

          Plaintiff,

     v.

COUNTY OF SACRAMENTO, et al.,

          Defendants.
_____/

STATE OF CALIFORNIA                   NO.  CIV.S-05-1999 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

          Plaintiff,

     v.                               ORDER

COUNTY OF SACRAMENTO, et al.,

          Defendants.
_____/
```

Defendants' ex parte request for extension of time to file written opposition to the motions for injunctive relief filed by plaintiff in these cases is hereby granted. Defendants' written opposition shall be filed and served on or before January 12, 2006.

1

1  Any reply argument by plaintiff may be made at the hearing on the
2  motions, which remain set for January 20, 2006, at 10:00 a.m.
3          IT IS SO ORDERED.
4  DATED: January 6, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\rogers1658.eot2