IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. GENE L. ROGERS, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants.<br>_____/ | NO.  CIV.S-03-1658 LKK DAD PS |
| STATE OF CALIFORNIA<br>ex rel. GENE L. ROGERS, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants.<br>_____/ | NO.  CIV.S-05-1999 LKK DAD PS<br><br><br><br><br><br>ORDER |

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 20, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any

1

objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2005, are adopted in full;

2. Defendant's motion for consolidation is granted;

3. The actions denominated as <u>United States of America ex rel. Gene L. Rogers, M.D.</u>, No. CIV.S-03-1658 LKK DAD PS and <u>State of California ex rel. Gene L. Rogers, M.D.</u>, No. CIV.S-05-1999 LKK DAD PS are consolidated;

4. Case No. CIV.S-03-1658 LKK DAD PS is designated as the "master file";

5. The Clerk of the Court is directed to copy the amended complaint, answer and any cross- or counter-complaints in case No. CIV.S-05-1999 LKK DAD PS and place said copies in the master file;

6. The Clerk is directed to administratively close case No. CIV.S-05-1999 LKK DAD PS; and

7. The parties are directed to file all future pleadings, motions and other filings ONLY in case No. CIV.S-03-1658 LKK DAD PS.

DATED: January 9, 2006

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/rogers1658.jo